# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:26−mj−04440−DHH All Defendants

Case title: USA v. David Pidgeon

Date Filed: 08/18/2026

Assigned to: Magistrate Judge
David H. Hennessy

**Defendant (1)**

**David Pidgeon**

represented by **Forest J. O'Neill−Greenberg**
Federal Defenders Office
51 Sleeper Street, 5th Flr.
Boston, MA 02210
617−391−2250
Email: forest_oneill−greenberg@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 15 U.S.C. §§ 78j(b), 78ff; 17 C.F.R. § 240.10b−5: Securities Fraud | |
| 18 U.S.C. § 1348: Securities fraud | |

**Plaintiff**

**USA** represented by **David M. Holcomb**
United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 756−9043
Email: David.Holcomb@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2026 | | Arrest (Rule 5) of David Pidgeon (DMK) (Entered: 08/18/2026) |
| 08/18/2026 | 1 | ELECTRONIC NOTICE of Case Assignment as to David Pidgeon; Magistrate Judge David H. Hennessy assigned to case. (SVC2) (Entered: 08/18/2026) |
| 08/18/2026 | 2 | Rule 5(c)(3) Documents Received as to David Pidgeon: Arrest Warrant, SDNY, Dkt # 26−cr−352. (Attachments: # 1 Arrest Warrant, SDNY (both pages)) (DMK) (Main Document 2 replaced on 8/18/2026) (DMK). (Entered: 08/18/2026) |
| 08/18/2026 | | Case unsealed as to David Pidgeon. (DMK) (Entered: 08/18/2026) |
| 08/18/2026 | 3 | Rule 5(c)(3) Documents Received as to David Pidgeon : Indictment, S.D.N.Y. Dkt. # 26−cr−352. (Attachments: # 1 Motion to Unseal Indictment, SDNY) (DMK) (Entered: 08/18/2026) |
| 08/18/2026 | 4 | Magistrate Judge David H. Hennessy: ORDER entered. ORDER APPOINTING FEDERAL DEFENDER PROGRAM as to David Pidgeon, Added attorney Forest O'Neill−Greenberg. (DMK) (Entered: 08/18/2026) |
| 08/18/2026 | 5 | ELECTRONIC NOTICE OF HEARING as to David Pidgeon<br><br>IN PERSON Initial Appearance − Rule 5 set for 8/18/2026 at 3:15 PM in Courtroom 16 (In person only) before Magistrate Judge David H. Hennessy. (DMK) (Entered: 08/18/2026) |
| 08/18/2026 | 6 | Electronic Clerk's Notes for proceedings held before Magistrate Judge David H. Hennessy: Initial Appearance in Rule 5(c)(3) Proceedings as to David Pidgeon held on 8/18/2026.<br><br>Case called. Defendant appears in custody upon arrest today with the counsel (FPD: O'Neill−Greenberg, F.) Court goes over the proceedings and advises the defendant of his rights. Court has colloquy with defendant about whether or not he understands his rights. Government states maximum possible penalties. Defendant will not submit a financial affidavit in this district, the Court provisionally appoints counsel for proceedings in this district (FPD: O'Neill−Greenberg, F.) for proceedings in this district. Government agrees to release on conditions and a $75,000.00 unsecured bond. Defendant advised of his R. 20 right and right to contest identity. Defendant waives an |

| | | |
|---|---|---|
| | | Identity Hearing. Court finds the Defendant is the person named in the arrest warrant from the S.D.N.Y.. Court has reviewed copy of the Indictment and finds it is reliable. S.D.N.Y. has set an appearance date of 8/27/26 at 2:30pm.<br><br>Court releases Defendant on conditions and a $75,000.00 unsecured bond. Defendant given bail warnings. Court issues oral Brady Order, written order to follow. Defendant is ordered released after processing.<br><br>(Attorneys present: Holcomb, O'Neill−Greenberg, PO Paiva. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (DMK) (Entered: 08/18/2026) |
| 08/18/2026 | 7 | Magistrate Judge David H. Hennessy: ORDER entered. ORDER Setting Conditions of Release as to David Pidgeon (1) and $75,000.00 unsecured bond as to David Pidgeon. (DMK) (Entered: 08/18/2026) |
| 08/18/2026 | 8 | Unsecured Bond Entered as to David Pidgeon in amount of $75,000.00. (DMK) (Entered: 08/18/2026) |
| 08/18/2026 | 9 | WAIVER of Rule 5 and 5.1 Hearings by David Pidgeon. (DMK) (Entered: 08/18/2026) |
| 08/18/2026 | 10 | Magistrate Judge David H. Hennessy: ORDER entered. ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f) entered as to David Pidgeon. (DMK) (Entered: 08/18/2026) |

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:12146238@mad.uscourts.gov
Subject:Activity in Case 26-4440 Sealed v. Sealed (Redacted Notice)
```

Content−Type: text/html

***NOTE: This docket entry (or case) is sealed, no email notices have been sent.***

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

The following transaction was entered on 8/18/2026 at 1:28 PM EDT and filed on 8/18/2026

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 1:26−mj−04440 *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of David Pidgeon (DMK)**

**1:26−mj−04440 *SEALED*−1 No electronic public notice will be sent because the case/entry is sealed.**

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:12146246@mad.uscourts.gov
Subject:Activity in Case 26-4440 Sealed v. Sealed (Redacted Notice)
```

Content−Type: text/html

***NOTE: This docket entry (or case) is sealed, no email notices have been sent.***

**United States District Court**

**District of Massachusetts**

**Notice of Electronic Filing**

The following transaction was entered on 8/18/2026 at 1:29 PM EDT and filed on 8/18/2026

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 1:26−mj−04440−DHH *SEALED* |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**ELECTRONIC NOTICE of Case Assignment as to David Pidgeon; Magistrate Judge David H. Hennessy assigned to case. (SVC2)**

**1:26−mj−04440−DHH *SEALED*−1 No electronic public notice will be sent because the case/entry is sealed.**

MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:12146306@mad.uscourts.gov
Subject:Activity in Case 1:26-mj-04440-DHH USA v. SEALED Case Unsealed
Content−Type: text/html

***NOTE: This docket entry (or case) is sealed, no email notices have been sent.***

**United States District Court**

**District of Massachusetts**

**Notice of Electronic Filing**

The following transaction was entered on 8/18/2026 at 1:52 PM EDT and filed on 8/18/2026

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 1:26−mj−04440−DHH *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Case unsealed as to David Pidgeon. (DMK)**

**1:26−mj−04440−DHH *SEALED*−1 No electronic public notice will be sent because the case/entry is sealed.**

MIME-Version:1.0
[redacted]

Message-Id:12146318@mad.uscourts.gov
Subject:Activity in Case 1:26-mj-04440-DHH USA v. David Pidgeon Order Appointing Federal Defender Program.
Content−Type: text/html

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

The following transaction was entered on 8/18/2026 at 1:54 PM EDT and filed on 8/18/2026

| | |
|---|---|
| **Case Name:** | USA v. David Pidgeon |
| **Case Number:** | 1:26−mj−04440−DHH |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**Magistrate Judge David H. Hennessy: ORDER entered. ORDER APPOINTING FEDERAL DEFENDER PROGRAM as to David Pidgeon, Added attorney Forest O'Neill−Greenberg. (DMK)**

**1:26−mj−04440−DHH−1 Notice has been electronically mailed to:**

Forest J. O'Neill−Greenberg     forest_oneill−greenberg@fd.org

David M. Holcomb     David.Holcomb@usdoj.gov, CaseView.ECF@usdoj.gov, USAMA.ECF@usdoj.gov, jennifer.lewis@usdoj.gov

**1:26−mj−04440−DHH−1 Notice will not be electronically mailed to:**

[redacted]@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12146328@mad.uscourts.gov
Subject:Activity in Case 1:26-mj-04440-DHH USA v. David Pidgeon Notice of Hearing
Content-Type: text/html

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

The following transaction was entered on 8/18/2026 at 1:57 PM EDT and filed on 8/18/2026

| | |
|---|---|
| **Case Name:** | USA v. David Pidgeon |
| **Case Number:** | 1:26-mj-04440-DHH |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
**ELECTRONIC NOTICE OF HEARING as to David Pidgeon**

IN PERSON Initial Appearance - Rule 5 set for 8/18/2026 at 3:15 PM in Courtroom 16 (In person only) before Magistrate Judge David H. Hennessy. (DMK)

**1:26-mj-04440-DHH-1 Notice has been electronically mailed to:**

Forest J. O'Neill-Greenberg forest_oneill-greenberg@fd.org

David M. Holcomb David.Holcomb@usdoj.gov, CaseView.ECF@usdoj.gov, USAMA.ECF@usdoj.gov, jennifer.lewis@usdoj.gov

**1:26-mj-04440-DHH-1 Notice will not be electronically mailed to:**

MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
[redacted]
--No Notice Sent:

Message-Id:12147038@mad.uscourts.gov
Subject:Activity in Case 1:26-mj-04440-DHH USA v. David Pidgeon Initial Appearance - Rule 5(c)(3)
Content−Type: text/html

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

The following transaction was entered on 8/18/2026 at 4:11 PM EDT and filed on 8/18/2026

| | |
|---|---|
| **Case Name:** | USA v. David Pidgeon |
| **Case Number:** | 1:26−mj−04440−DHH |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
**Electronic Clerk's Notes for proceedings held before Magistrate Judge David H. Hennessy: Initial Appearance in Rule 5(c)(3) Proceedings as to David Pidgeon held on 8/18/2026.**

Case called. Defendant appears in custody upon arrest today with the counsel (FPD: O'Neill−Greenberg, F.) Court goes over the proceedings and advises the defendant of his rights. Court has colloquy with defendant about whether or not he understands his rights. Government states maximum possible penalties. Defendant will not submit a financial affidavit in this district, the Court provisionally appoints counsel for proceedings in this district (FPD: O'Neill−Greenberg, F.) for proceedings in this district. Government agrees to release on conditions and a $75,000.00 unsecured bond. Defendant advised of his R. 20 right and right to contest identity. Defendant waives an Identity Hearing. Court finds the Defendant is the person named in the arrest warrant from the S.D.N.Y.. Court has reviewed copy of the Indictment and finds it is reliable. S.D.N.Y. has set an appearance date of 8/27/26 at 2:30pm.

Court releases Defendant on conditions and a $75,000.00 unsecured bond. Defendant given bail warnings. Court issues oral Brady Order, written order to follow. Defendant is ordered released after processing.

(Attorneys present: Holcomb, O'Neill−Greenberg, PO Paiva. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (DMK)

**1:26−mj−04440−DHH−1 Notice has been electronically mailed to:**

Forest J. O'Neill−Greenberg forest_oneill−greenberg@fd.org

David M. Holcomb David.Holcomb@usdoj.gov, CaseView.ECF@usdoj.gov, USAMA.ECF@usdoj.gov, jennifer.lewis@usdoj.gov

**1:26−mj−04440−DHH−1 Notice will not be electronically mailed to:**

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
David Pidgeon
*Defendant*

Case No. 1:26-mj-4440-DHH

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: U.S. District Court for the Southern District of New York
*Place*

on 8/27/2026 3:30 pm
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

Defendant is ordered to execute an unsecured bond in the amount of $75,000.00

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization ______________________
Address *(only if above is an organization)* ______________________
City and state ______________________ Tel. No. ______________________
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: ______________________ ______________________
*Custodian* *Date*

( ☐ ) (7) The defendant must:
( ☑ ) (a) submit to supervision by and report for supervision to the Pretrial Services Office, assigned officer ,
telephone number ____________, no later than as directed .
( ☑ ) (b) continue or actively seek employment.
( ☐ ) (c) continue or start an education program.
( ☑ ) (d) surrender any passport to: Pretrial Services
( ☑ ) (e) not obtain a passport or other international travel document.
( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel: maintain residence in Jacksonville, Fl.; Travel restricted to continental U.S.
( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: (List provided by government, if applicable)
( ☐ ) (h) get medical or psychiatric treatment: (If Applicable as directed by Pretrial)
( ☐ ) (i) return to custody each ________ at ________ o'clock after being released at ________ o'clock for employment, schooling, or the following purposes: ______________________
( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☑ ) (k) not possess a firearm, destructive device, or other weapon.
( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☑ ) excessively.
( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☐ ) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
( ☐ ) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
( ☐ ) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.
( ☐ ) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.
i. Following the location restriction component **(check one)**:
( ☐ ) (1) **Curfew.** You are restricted to your residence every day ( ☐ ) from ________ to ________, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
( ☐ ) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
( ☐ ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or
( ☐ ) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

# ADDITIONAL CONDITIONS OF RELEASE

(ii) submit to the following location monitoring technology **(check one):**

( ☐ ) (1) Location monitoring technology as directed by the pretrial services or supervising officer; or

( ☐ ) (2) GPS; or

( ☐ ) (3) Radio Frequency; or

( ☐ ) (4) Voice Recognition; or

( ☐ ) (5) Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii) ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☑ ) (r) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. **(Report within 24 hours)**

( ☑ ) (s) 7(b) Defendant must provide ongoing verification of employment to Pretrial Services. If the employment ends, he is to submit ongoing verification of all attempts to secure employment to Pretrial Services.

7(f): The defendant must notify his supervising officer of his travel plans, including his location/duration of stay/purpose of travel, before leaving his supervising district.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

[signature]
*Defendant's Signature*

Jacksonville, FL
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 8/18/2026

/s/ David H. Hennessy, U.S. Magistrate Judge
*Judicial Officer's Signature*

David H. Hennessy
*Printed name and title*

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>David Pidgeon<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-mj-4440-DHH |

## APPEARANCE BOND

### Defendant's Agreement

I, David Pidgeon *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
(   ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ 75,000.00 .

(   ) (3) This is a secured bond of $ ______________ , secured by:

(   ) (a) $ ______________ , in cash deposited with the court.

(   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 08/18/2026

*Defendant's signature*

*Surety/property owner – printed name* — *Surety/property owner – signature and date*

*Surety/property owner – printed name* — *Surety/property owner – signature and date*

*Surety/property owner – printed name* — *Surety/property owner – signature and date*

*CLERK OF COURT*

Date: 08/18/2026

/s/ Dawn King
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 08/18/2026

/s/ David H. Hennessy, USMJ
*Judge's signature*

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Massachusetts

United States of America
v.
David Pidgeon
*Defendant*

Case No. 1:26-mj-4440-DHH

Charging District's Case No. 26-cr-352

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* S.D.N.Y. .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 08/18/2026

[signature]
*Defendant's signature*

Forrest O'Neill-Greenberg [signature]
*Signature of defendant's attorney*

David Pidgeon
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**USA**

v.

**DAVID PIDGEON**

Criminal Action No.
**1:26−MJ−04440−DHH**

ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f)

**David H. Hennessy U.S.M.J.**

Pursuant to the Due Process Protections Act, Public Law 116−182, 134 Sta. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, this court issues the following Order. The United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant[s], that is, all evidence that is material and favorable to the defendant[s] or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. Specific categories for exculpatory evidence that must be provided to the defense are set out in Local Rule 116.2. The failure to comply with this Order may result in consequences including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the court.

**/s/ − David H. Hennessy**

UNITED STATES MAGISTRATE JUDGE

Dated: August 18, 2026