SHER TREMONTE LLP

September 14, 2026

**By ECF** **CORRECTED**
Honorable Jennifer H. Rearden
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. David Pidgeon*, 26 Cr. 352 (JHR)**

Dear Judge Rearden,

I write, with the consent of the government, to respectfully request that Mr. Pidgeon be permitted to appear telephonically for the status conference in this matter scheduled for September 24, 2026.

Mr. Pidgeon resides in Jacksonville, Florida and is currently the primary caretaker of his and his wife's 8-month old daughter. He has been in compliance with all conditions of his release on bond since his arrest on August 18, 2026, and already has made an initial appearance in this court in person.

The parties do not anticipate raising any substantive issues at the status conference, solely scheduling and logistics. Accordingly, given Mr. Pidgeon's out-of-district residence and family situation, I respectfully request that Mr. Pidgeon be permitted to appear telephonically. The government consents to this request.

Thank you for your consideration of this request.

Respectfully Submitted,

/s/

Deirdre D. von Dornum

Cc: A.U.S.A. Courtney Heavey
U.S. Pretrial Services (by e-mail)

By **September 21, 2026**, the parties shall confer and inform the Court by letter filed on ECF whether they believe it is necessary to have a conference on September 24, 2026 or whether providing a joint status report by that date would suffice. If the latter, then the parties shall submit a stipulation to exclude time through a mutually acceptable date.

The Clerk of Court is directed to terminate ECF Nos. 17, 18. SO ORDERED.

Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: September 15, 2026